UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN MYER, STEVIE STOLTZFUS, ELLA MAE ZIMMERMAN, JAMES ZIMMERMAN, LOREN NOLT, and, JOHN S. FISHER; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No: 10-00715 |
| THE PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, HARRISE YARON, in her official and individual capacity, KRISTEN SULLIVAN, in her official and individual capacity, NICOLE WILSON, in her official and individual capacity, JODI GOLDBERG, in his official and individual capacity, MAIN LINE RESCUE, INC., WILLIAM SMITH: | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)**

AND NOW this _10th_ day of April, 2010, pursuant to Fed. R. Civ. P. 41(a)(1), as no opposing party has served an answer or motion for summary judgment, Plaintiffs, Nathan Myer, Stevie Stoltzfus, James Zimmerman, Ella Mae Zimmerman, Loren Nolt and John S. Fisher, hereby give notice of voluntary dismissal of the above captioned case against all defendants.

1

Respectfully submitted,

**CLYMER, MUSSER, BROWN & CONRAD, P.C**.


By: _s/*Leonard G. Brown, III* LGB6402_
      Leonard G. Brown, III
      Pa. ID No. 83207
      *Clymer, Musser, Brown & Conrad, P.C.*
      408 W. Chestnut St.
      Lancaster, PA 17603
      (717) 299-7101 phone
      (717) 299-5115 fax

Dated: 4-10-2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am this day serving upon all attorneys listed below a true and correct copy of the foregoing document via the Court's Electronic Filing System:

Rebecca L. Thomas, Esquire
Joseph M. Oberlies, Esquire
Conner, Weber & Oberlies
2401 Pennsylvania Avenue
Suite 1C-47
Philadelphia, PA 19103
Attorneys for Defendants Main Line Rescue, Inc & William Smith


Christopher Boyle, Esquire
Joseph J. Santarone, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
620 Freedom Business Center
Suite 300
King of Prussia, PA 19406
Attorneys for Defendants PSPCA, Kristen Sullivan, & Nicole Wilson

Jamie L. Panzer, Esquire
Tracy A. Walsh, Esquire
Weber Gallagher Simpson
Stapleton Fires & Newby LLP
2000 Market Street
13th Floor
Philadelphia, PA 19103
Attorneys for Defendant Jodi Golberg

Nancy Abrams, Esq.
Spector Gadon & Rosen P.C.
1635 Market Street
7th Floor
Philadelphia PA 19103
Attorneys for Harrise Yaron

3

Date: 4-10-2010                    _s/*Leonard G. Brown, III*__
                                   Leonard G. Brown, III, Esq.